In the Matter of JOSEPH P. McLAUGHLIN, Appellant, against
WILLIAM WILSON, as Commissioner of the Department of
Housing and Buildings of the City of New York, et al.,
Respondents.

In the Matter of JOHN H. NEWMAN, Appellant, against THE
SAME, Respondents.

In the Matter of HENRY C. WIST, Appellant, against THE SAME,
Respondents.

In the Matter of ALEXANDER NEWMAN, Appellant, against THE
SAME, Respondents.

In the Matter of EDMUND F. KONRADY, Appellant, against THE
SAME, Respondents.

In the Matter of GEORGE J. NORTHRUP, Appellant, against THE
SAME, Respondents.

In the Matter of AUGUST NEBGEN, Appellant, against THE SAME,
Respondents.

In the Matter of CHARLES J. FALK, Appellant, against THE SAME,
Respondents.

In the Matter of ANTHONY A. McNALLY, Appellant, against THE
SAME, Respondents.

In the Matter of JOHN E. MANION, Appellant, against THE SAME,
Respondents.

In the Matter of LOUIS SWEET, Appellant, against THE SAME,
Respondents.

In the Matter of CHARLES ZOUFALY, Appellant, against THE
SAME, Respondents.

In the Matter of WILLIAM BARTOW, Appellant, against THE
SAME, Respondents.

In the Matter of JOHN J. LUNDON, Appellant, against THE SAME,
Respondents.

In the Matter of HARRY P. WASSERMAN, Appellant, against THE
SAME, Respondents.

In the Matter of HAROLD U. LOCKWOOD, Appellant, against THE
SAME, Respondents.

Submitted February 23, 1943; decided March 4, 1943.

*Thomas D. Thacher, Corporation Counsel* (*Paxton Blair* and *Henry J. Shields* of counsel), for motion.

*George Gordon Battle* opposed.

Motion granted and appeals dismissed with costs and ten dollars costs of motion.